UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MUNSON, | Case: 5:13-cv-00373-AG-SP |
| Plaintiff, | **ORDER** |
| v. | |
| COUNTY OF SAN BERNARDINO; and Does 1-10, | |
| Defendants. | |

# ORDER

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: December 15, 2015

HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT COURT JUDGE